**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7227**

UNITED STATES OF AMERICA,

                Plaintiff – Appellee,

     v.

JARROT A. COOPER,

                Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Beaufort.  David C. Norton, District Judge. (9:03-cr-00590-DCN-1)

Submitted:  January 26, 2017      Decided:  February 7, 2017

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jarrot A. Cooper, Appellant Pro Se. Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jarrot A. Cooper appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Cooper</u>, No. 9:03-cr-00590-DCN-1 (D.S.C. Aug. 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>